

```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2005 NOV 22  PM 4: 37

              LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS HAMILTON, ET AL.                    CIVIL ACTION

VERSUS                                    NUMBER: 69-2443

ERNEST N. MORIAL, ET AL.                  SECTION: "A"(5)

### REPORT AND RECOMMENDATION

Presently before the Court is the Ninth Motion for Jail Funding filed by the Criminal Sheriff for the Parish of Orleans. (Rec. doc. 1899). The amount of money for which the Sheriff seeks judgment against the City of New Orleans is for services rendered by the Sheriff and/or his employees in connection with the housing of City inmates and for other matters as set forth in the motion for the second half of the month of August, 2005.

In connection with the motion, the parties have agreed to the entry of a consent judgment against the City of New Orleans and in favor of the Criminal Sheriff in the sum of One Million Seven Hundred Forty-Seven Thousand Four Hundred Thirty-Nine and 82/100 ($1,747,439.82) Dollars. The parties have further agreed that this and other sums owed by the City to the Criminal Sheriff will be

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

paid from money which the City is securing from the United States Government in the form of a loan.  The parties did not appear to have a firm date when these funds would be available but agreed that within 72 hours of receipt of same, the City would pay the Sheriff as follows:  1) Out of the first installment of funds received via the above referenced loan, the City will pay the Sheriff for amounts due to the Sheriff for the second half of July, 2005, over which the parties have already been in litigation and which forms the subject of a prior Report and Recommendation issued by the undersigned (Rec. doc. 1883); 2) Out of the second installment of funds received via the above referenced loan, the City will pay the Sheriff for amounts due to the Sheriff for the first half of August, 2005, over which the parties have already been in litigation and which forms the subject of a prior Report and Recommendation issued by the undersigned (Rec. doc. 1883) and 3)  Out of the third installment of funds received via the above referenced loan, the City will pay the Sheriff the amount of $1,747,439.82, the amount agreed upon via consent judgment herein to be owed for the second half of the month of August, 2005.

The parties have further agreed that the failure to pay the sums set forth above within 72 hours of receipt of funding of the loan will subject the City to a finding of contempt of Court, absent good cause shown by the City for its failure to so pay.

Good cause will not include an argument that the City had other bills which it might have satisfied out of these proceeds.

The parties having reached the aforesaid agreement, it will be recommended that this agreement be implemented.

### RECOMMENDATION

IT IS RECOMMENDED that there be judgment herein in favor of the Criminal Sheriff for the Parish of Orleans and against the City of New Orleans in the sum of One Million Seven Hundred Forty-Seven Thousand Four Hundred Thirty-Nine and 82/100 ($1,747,439.82) Dollars.

IT IS FURTHER RECOMMENDED that the agreement to forebear upon collection of said sums set forth hereinabove also be recognized as the agreement between the parties and that each side bear its own costs.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this 22 day of November, 2005.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE