UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS HAMILTON, ET AL.            CIVIL ACTION

VERSUS            NUMBER: 69-2443

ERNEST N. MORIAL, ET AL.            SECTION: "A"(5)

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Sheriff's Eighth Motion for Jail Funding Judgment is **GRANTED**.

New Orleans, Louisiana, this 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE