```
                                         FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2005 DEC -9 P 1:42

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS HAMILTON, ET AL.              CIVIL ACTION

VERSUS                              NUMBER: 69-2443

ERNEST N. MORIAL, ET AL.            SECTION: "A"(5)

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that City of New Orleans pay the sum of One Million Seven Hundred Forty-Seven Thousand Four Hundred Thirty-Nine and 82/100 ($1,747,439.82) Dollars to the Criminal Sheriff for the Parish of Orleans.

**IT IS FURTHER ORDERED** that the agreement to forebear upon collection of said sums set forth in the Report and Recommendation

```
                                    ___ Fee_____
                                    ___ Process_____
                                     X  Dktd_____
                                    ___ CtRmDep_____
                                    ___ Doc. No ____
```

of the Magistrate Judge hereinabove also be recognized as the agreement between the parties and that each side bear its own costs.

New Orleans, Louisiana, this 8th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE