**MINUTE ENTRY**
**CHASEZ, M.J.**
**DECEMBER 21, 2012**

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

**LOUIS HAMILTON, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                    **NUMBER: 69-2443**

**ERNEST MORIAL, ET AL.**                     **SECTION: "A"(5)**

                        HEARING ON MOTION

APPEARANCES:   Harry Rosenberg, Ralph Capitelli, Sharonda
               Williams, Pete Matthews, Blake Arcuri

MOTION:

(1)  City's Motion to Shorten Time for Sheriff to Produce Documents
     (Rec. doc. 2061).

(2)  City's Motion to Strike and/or Preclude Witnesses on Behalf of
     Sheriff (Rec. doc. 2071).

(3)  City's Motion for Expedited Hearing on Motion to Strike (Rec.
     doc. 2072).

                             ORDERED

  3   :   Granted.

  2   :   Denied.

  1   :   Other.  Subject to the modifications set forth below, within one (1) week the Sheriff is to produce the documents responsive to the City's document requests for the period of December 1, 2011 to the present.  Only those documents which the Sheriff produces to the City by December 28, 2012 may be utilized by the Sheriff at the January 16th per diem trial.

MJSTAR(00:35)

Request No. 47: if the Sheriff received any Medicaid benefits for individuals in his custody, any documents related thereto are to be produced.

Request No. 52: the Sheriff need not produce.

Request No. 64: limited to documents pertaining to the payment of wages to his employees, the Sheriff is to produce.

Request No. 89: the City is to advise the Court as to the reasons it needs the documents responsive to this request.

The Sheriff is to produce his expert, himself, and his Chief Financial Officer for depositions in the first week of January.

The Sheriff was again strongly advised to formally move to continue the hearing date on the per diem trial with the City to join in that motion if at all possible.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE